IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARY LOUISE SMITH and
TIFFANY E. SMITH                                          PLAINTIFFS

v.                        No. 3:19-cv-82-DPM

ASA HUTCHINSON, in his official capacity as Governor of the State of Arkansas; ARKANSAS DEPARTMENT OF HUMAN SERVICES; CINDY GILLESPIE, in her official capacity as Director of the Arkansas Department of Human Services; WILLIAM J. BRYANT, in his official capacity as Director of the Arkansas State Police; JEFFREY DREW, Individually and in his official capacity as the Commander of the Crimes Against Children Division (CACD) of the Arkansas State Police; KATHERINE CHLAPECKA, Individually and in her official capacity as Investigator of the Crimes Against Children Division (CACD) of the Arkansas State Police; ASHLEY HODGES, Individually as school nurse at Carroll Smith Elementary School; DEE WALLACE, Individually as Assistant Principal at Carroll Smith Elementary School; TIFFANY SMITHEY, Individually as Principal at Carroll Smith Elementary School; JOHN DOES, Individually and in their official capacities as former Board members of the Osceola School District; MICHAEL COX, former Superintendent of Osceola School District; ALFRED HOGAN, Individually as Superintendent of the Osceola School District; TERRY HODGES, Lt., Individually and in his official capacity as an Investigator for the Osceola Police Department; DAVID GLADDEN, Individually and in his official

capacity as Chief of Police for the Osceola Police Department; CITY OF OSCEOLA, ARKANSAS; DICKIE KENNEMORE, Individually and in his official capacity as Mayor of Osceola, Arkansas; SAM POLLOCK, Individually and in his official capacity as a Patrolman for the Osceola Police Department; DUNKIN, Individually and in his official capacity as a Patrolman for the Osceola Police Department; GONZALEZ, Individually and in his official capacity as a Sergeant for the Osceola Police Department; SANDRA LANDRY, Individually and as Principal of North Elementary School; PAMELA SMITH, faculty member of North Elementary School; SYLVIA WEAR, Individually and in her official capacity as Supervisor of DHS;
and FAMILIES, INC.                                         DEFENDANTS

## JUDGMENT

The following claims are dismissed without prejudice: the Smiths' claims against Families, Inc.; their state law claims against Chlapecka; their claims against Wear and Drew individually; their claims against Kennemore, Gladden, Pollock, Cox, Hogan, the John Does, and Smithey; and all of their remaining state law claims. All other claims against all other parties are dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 July 2021