# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MARY LOUISE SMITH and**
**TIFFANY E. SMITH**                                                        **PLAINTIFFS**

**v.**                                          **No. 3:19-cv-82-DPM**

**ASHLEY HODGES, Individually as**
**school nurse at Carroll Smith**
**Elementary School,** *et al.*                                 **DEFENDANTS**

## ORDER

In ruling on the motions for summary judgment, the Court considered the whole record. Where some material fact was genuinely disputed, the Court took that fact in the light most favorable to the Smiths. Some distillation was required because the evidentiary record covered nearly 800 pages. At the Smiths' request, the Court has reconsidered its decision. After reconsideration, the Court stands by its Order and Judgment, *Doc. 123 & 124.* Motion for reconsideration, *Doc. 125*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

<u>19 August 2021</u>